# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01021-BNB

TERRY C. HENDRIX,

    Applicant,

v.

RICHARD SMELSER, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 1 2008

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Request to File an Amended Petition for Emergency Writ of Habeas Corpus Ad Testificandum," (Doc. No. 3), filed on May 16, 2008, is DENIED as moot. Applicant filed a habeas corpus Application on June 19, 2008.

Dated: July 1, 2008

---

Copies of this Minute Order mailed on July 1, 2008, to the following:

Terry C. Hendrix
Prisoner No. 60828
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

                                            Secretary/Deputy Clerk